UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE: DAVID THOMPSON, as owner
of the 1994 Sea Ray Express 44, HIN#
SERP2089G394, for exoneration from
or limitation of liability

      Petitioner,

Case No: 2:17-cv-370-FtM-99CM

## ORDER

This matter comes before the Court upon review of Motion for Issuance of Limitation Injunction, Monition, and Order Approving Petitioner's Security (Doc. 4) filed on June 30, 2017. Petitioner seeks this Court to enter an Order of Limitation Injunction, an Order directing the Clerk to issue the Monition, and an Order approving Petitioner's proposed security. Doc. 4.

Petitioner filed a Verified Complaint for Exoneration from or Limitation of Liability (Doc. 1) seeking exoneration from or in the alternative, limitation of liability regarding a 1994 SEA RAY EXPRESS 44 HIN# SERP2089G394 pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, for damages or injuries caused by or resulting from an incident occurring on or about January 23,2016 on the navigable waters in Fort Myers, Florida. Petitioner also filed an Ad Interim Stipulation for Value and Costs and, in support thereof, an Affidavit of Value. Doc. 3.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Petitioner's Motion for Issuance of Limitation Injunction. Monition and Order Approving Petitioner's Security (Doc. 4) is **GRANTED**. An Order of Limitation Injunction, an Order on Monition, and an Order Approving Petitioner's Security will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of July, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record